UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RIGGS,

               Plaintiff,               Case Number 20-12610

v.                                            Honorable David M. Lawson
                                              Magistrate Judge Anthony P. Patti

RONALD WYSE and MICHAEL DOSS,

               Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, VACATING ORDER OF REFERENCE, AND REFERRING CASE TO THE NEW MAGISTRATE JUDGE

Presently before the Court is the report issued on February 28, 2023 by Magistrate Judge Jonathan J.C. Grey pursuant to 28 U.S.C. § 636(b), recommending that the Court grant the plaintiff's request to dismiss his claims against defendant Ronald Wyse without prejudice, and that the Court also deny the defendants' motion for summary judgment. The deadline for filing objections to the report has passed, and no objections have been filed. The Court notes that a mailed copy of the report and recommendation was returned as undeliverable, but the record also suggests that, despite prior warnings, the plaintiff has failed to update his mailing address on file. However, the Court presumes that the plaintiff would not object to the recommended disposition since in all respects it is favorable to his case and implements relief that he previously requested. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

The Court also notes that a new magistrate judge has been assigned to the case following the elevation of Magistrate Judge Grey to the district court bench. The Court therefore will continue the referral of the matter to the new magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 37) is **ADOPTED**, the plaintiff's claims against defendant Ronald Wyse are **DISMISSED WITHOUT PREJUDICE**, and the defendants' motion for summary judgment (ECF No. 25) is **DENIED**.

It is further **ORDERED** that the order of reference to former Magistrate Judge Jonathan J.C. Grey (ECF No. 11) is **VACATED**.

It is further **ORDERED** that the case is referred to Magistrate Judge Anthony P. Patti for the following purposes:

- A. Screening of the complaint to determine if it should be summarily dismissed under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(a).

- B. Hearing and determination of any pretrial matter, including, but not limited to: (i) matters relating to the service of process, (ii) matters relating to the clarification of pleadings, (iii) disputes concerning discovery, and (iv) other duties as designated in 28 U.S.C. § 636(b)(1)(A).

- C. Organizing and implementing a discovery schedule, motion deadlines and any other case management procedures which in the magistrate judge's view are needed.

- D. Submitting reports and recommendations as may be necessary and other duties as designated in 28 U.S.C. § 636(b)(1)(B).

It is further **ORDERED** that the magistrate judge shall inform the parties of their rights and options to consent to the magistrate judge conducting all proceedings, including trial, under 28 U.S.C. § 636(c). The magistrate judge shall inform the parties that they are free to withhold consent without adverse substantive consequences. *See* 28 U.S.C. § 636(c)(2).

It is further **ORDERED** that, in the event the parties withhold consent under 28 U.S.C. § 636(c), upon completion of all pretrial proceedings as set forth herein (including the issuance of a

report and recommendation on dispositive motions, if any are filed), the magistrate judge shall certify in writing to the Court that the matter is ready for trial, if such is the case

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: March 22, 2023