UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RIGGS,

        Plaintiff,                    Case Number 20-12610
v.                                         Honorable David M. Lawson
                                               Magistrate Judge Anthony P. Patti

RONALD WYSE and MICHAEL DOSS,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT

Presently before the Court is the report issued on March 29, 2023 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the case for failure to prosecute, after the plaintiff failed to maintain a current address on file and failed to comply with previously issued orders of the Court. The deadline for filing objections to the report has passed, and no objections have been filed. The Court notes that a mailed copy of the report and recommendation was returned as undeliverable, but the record also indicates that, despite prior warnings, the plaintiff failed to update his mailing address on file. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 40) is **ADOPTED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   April 24, 2023